# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**WESLEY ROBERTS**                                                **PLAINTIFF**
**ADC# 550283**

v.                    **CASE NO. 4:18-CV-00252 BSM**

**FAULKNER COUNTY DETENTION**
**CENTER UNIT 1, et al.**                                         **DEFENDANTS**

## ORDER

Plaintiff Wesley Roberts has failed to comply with the April 16, 2018, order [Doc. No. 2] directing him to pay the full filing fee or file an application to proceed *in forma pauperis*, and the time to do so has expired. Accordingly, this case is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2). It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 23rd day of May 2018.

_____
UNITED STATES DISTRICT JUDGE