# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**WESLEY ROBERTS**                                                      **PLAINTIFF**
**ADC# 550283**

**v.**                  **CASE NO. 4:18-CV-00252 BSM**

**FAULKNER COUNTY DETENTION**
**CENTER UNIT 1, et al.**                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of May 2018.

                                                                                */s/ Brian S. Miller*
                                                                **UNITED STATES DISTRICT JUDGE**